**Entered on Docket**
**March 08, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 7, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 16-50543 HLB |
| ROBERT W. PAYNE and EILEEN P. TREMAIN, | Chapter 13 |
| Debtors. | |

**ORDER DISMISSING CASE**

On March 7, 2018, the court held a hearing on the Motion to Dismiss filed by Creditors F. David LaRiviere; LaRiviere, Grubman & Payne, LLP; and LaRiviere & Grubman, P.C. (the "Motion"). For the reasons stated on the record, the Motion is **GRANTED** and the case **DISMISSED**.

****END OF ORDER****

**Court Service List**

[None]